**CSD 1162** [08/22/03]
Name, Address, Telephone No. & I.D. No.

**Order Entered on**
November 23, 2009
**by Clerk U.S. Bankruptcy Court**
**Southern District of California**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Debtor.

BANKRUPTCY NO.

Moving Party

RS NO.

Respondent(s)

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
### ☐   REAL PROPERTY   ☐   PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2)

through _____ with exhibits, if any, for a total of _____ pages, is granted.  Motion Docket Entry No. _____

//

//

//

//

DATED:  November 20, 2009

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Submitted by:

_____
(Firm name)

By:_____
    Attorney for Movant

CSD 1162

`CSD 1162` [08/22/03] **(Page 2)**
ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR:                                                                          CASE NO:
                                                                                 RS NO.:

The Motion of _____,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on _____, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A

OR Notice Docket Entry No._____, if filed electronically), the Motion, and accompanying Declarations having been served

upon the parties named below on _____, and

☐ Debtor *(Name)*:

☐ Debtor's Attorney *(Name)*:

☐ Trustee *(Name)*:

☐ United States Trustee (in Chapter 11 & 12 cases), and

☐ Others, if any *(Name)*:

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with

the estate's and the debtor's interest in

1.    ☐    The following real property:

a.    Street address of the property including county and state:

b.    Legal description is ☐ attached as Exhibit B or ☐ described below:

2.    ☐    The following personal property as described ☐ below or ☐ in Exhibit B attached:

IT IS FURTHER ORDERED that *(Optional)*:

CSD 1162

*Signed by Judge James W. Meyers November 20,2009*

EXHIBIT "A"

The land referred to in this Commitment is situated in the
City of North Las Vegas, County of Clark, State of
Nevada and is described as follows:

LOT 17 IN BLOCK 2 OF SYMPHONY WEST PHASE 2, AS
SHOWN BY MAP THEREOF ON FILE IN BOOK 53 OF PLATS,
PAGE 94, IN THE OFFICE OF THE COUNTY RECORDER'S
OFFICE, CLARK COUNTY, NEVADA.

APN #: 139-09-214-017